UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:11-0243 ) ) |
| v. | ) *Judge Trauger* ) *Magistrate Judge Brown* ) |
| K C ELECTRIC, INC., | ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER

It appearing to the satisfaction of the Court the parties have resolved all matters in controversy concerning this civil action with K C Electric, Inc. having submitted to Southern Electrical Retirement Fund all payroll reports and contributions presently owing; and, the parties have agreed K C Electric, Inc. shall be permanently enjoined to timely submit future payroll reports and contributions as required by 29 U.S.C. § 1145. The Court being of the opinion the agreement of the parties is appropriate, K C Electric, Inc. is permanently enjoined to timely submit future payroll reports and contributions to the Southern Electrical Retirement Fund.

This is a final order in the above civil action, and the Clerk is directed to administratively close this case.

IT IS SO ORDERED.

ALETA A. TRAUGER
United States District Judge

APPROVED FOR ENTRY:


s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
*Attorney for Sheet Metal Workers National Health Fund*
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


*[signature]*

Benjamin Sanzo, III
KC Electric, Inc.
4143 Ringgold Rd., Ste. J
East Ridge, TN 37412-2451